JS - 6

cc: order, docket, remand letter to
Los Angeles County Superior Court, Northeast District,
Pasadena, No. 12U00626

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE etc., et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>DANILO B. JOSE, MILAGROS A. JOSE,<br><br>　　　　　Defendants.<br>_____ | Case No. CV 13-00299 DDP (AJWx)<br><br>**ORDER OF REMAND** |

　　THE COURT having ordered the moving party to show cause in writing, not later than February 19, 2013, why this action should not be remanded and the moving party having failed to respond,

　　THE COURT ORDERS that this action be, and hereby is, remanded for failure to comply with the orders of the Court.

　　The Clerk shall mail, FAX or E:mail a copy of this Order to all parties and counsel.

Dated: February 27, 2013

　　　　　　　　　　　　　　　　　　　　　DEAN D. PREGERSON
　　　　　　　　　　　　　　　　　　　　　United States District Judge